UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND EDWARD CHESTNUT, | : CIVIL ACTION NO. 3:CV-16-0636 |
| Petitioner | : (Judge Nealon) |
| v. | : |
| DAVID J. EBBERT, Respondent | : |

## ORDER

**AND NOW, THIS 19th DAY OF APRIL, 2016**, for the reasons set forth in the in the Court's memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the District of South Carolina pursuant to 28 U.S.C. §1404.

2. Financial determinations will be left for the transferee court.

3. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**